■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GENE BENITO, Appellant. [731 NYS2d 619] —Judgment, Supreme Court, New York County (William Leibovitz, J.), rendered June 1, 1999, convicting defendant, after a jury trial, of burglary in the third degree, and sentencing him, as a second felony offender, to a term of 3½ to 7 years, unanimously affirmed.

Defendant was not prejudiced by the court's refusal to instruct the jury that the foreperson's vote was entitled to the same weight as that of any other juror, since nothing in the court's charge suggested otherwise.

We perceive no basis for reduction of sentence. Concur— Rosenberger, J. P., Williams, Mazzarelli, Rubin and Buckley, JJ.

■ ALBERT GARNER, Respondent, v PERRY AGIOVLASITIS, Appellant. [731 NYS2d 619] —Appeal from order, Supreme Court, New York County (Ira Gammerman, J.), entered January 31, 2001, which granted plaintiff an injunction requiring defendant to remedy violations of Administrative Code of the City of New York §§ 27-2027 and 27-127, unanimously dismissed, without costs.

The appeal from the order directing defendant-appellant to perform certain repairs on his property is dismissed as moot by virtue of defendant's compliance therewith prior to this appeal. Review of this matter is not warranted by any recognized exception to the mootness doctrine (*see*, *Matter of Daily News v Teresi*, 275 AD2d 812). Concur—Rosenberger, J. P., Williams, Mazzarelli, Rubin and Buckley, JJ.